# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEBASTIAN CORDOBA, individually and on behalf of all others similarly-situated, ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | |
| vs. ) | 1:15-cv-03755-mhc |
| ) | |
| DIRECTV, LLC, individually and as successor through merger to DIRECTV, Inc., TELECEL MARKETING SOLUTIONS, INC., and JOHN DOE, ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL OF TELECEL MARKETING SOLUTIONS, INC. WITHOUT PREJUDICE

**COMES NOW**, Plaintiff Sebastian Cordoba, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses without prejudice Telecel Marketing Solutions, Inc. from the above-styled action.

Respectfully submitted this 13th day of May, 2016.

**L. LIN WOOD, P.C.**

/s/ L. Lin Wood
L. Lin Wood
State Bar No. 774588
lwood@linwoodlaw.com

1

Nicole Jennings Wade
State Bar No. 390922
nwade@linwoodlaw.com
Jonathan D. Grunberg
State Bar No. 869318
jgrunberg@linwoodlaw.com
G. Taylor Wilson
State Bar No. 460781
twilson@linwoodlaw.com

1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Jonathan D. Selbin (*pro hac vice*)
jselbin@lchb.com
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**MEYER WILSON CO., LPA**

Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com

1320 Dublin Road, Ste. 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

**KING & YAKLIN, LLP**

Stephen A. Yaklin
State Bar No. 780125
syaklin@kingyaklin.com
Matthew M. Wilkins
Georgia Bar No. 142291
mwilkins@kingyaklin.com

192 Anderson Street, Suite 125
Marietta, Georgia 30060
770-424-9235 office
770-424-9239 facsimile

## CERTIFICATION UNDER L.R. 7.1D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1D, the undersigned counsel certifies that this NOTICE OF DISMISSAL OF TELECEL MARKETING SOLUTIONS, INC. WITHOUT PREJUDICE is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1C.

This 13th day of May 2016.

/s/ G. Taylor Wilson
G. Taylor Wilson

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing NOTICE OF DISMISSAL OF TELECEL MARKETING SOLUTIONS, INC. WITHOUT PREJUDICE via the CM/ECF system, which will automatically send e-mail notification to the attorneys of record.

This 13th day of May 2016.

/s/ G. Taylor Wilson
G. Taylor Wilson