## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SEBASTIAN CORDOBA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC, individually and as successor through merger to DIRECTV, Inc., <br><br> Defendant. | CIVIL ACTION FILE NO.: <br><br> 1:15-CV-03755-MHC |

### DEFENDANT DIRECTV LLC'S NOTICE OF FILING OF PETITION FOR LEAVE TO APPEAL PURSUANT TO FED R. CIV. P. 23(f)

Defendant DIRECTV, LLC ("DIRECTV") hereby gives notice that on July 26, 2017, it filed a petition under Fed. R. Civ. P. 23(f) for permission to appeal this Court's July 12, 2017 ruling on class certification to the Eleventh Circuit. DIRECTV will provide the Court with updates regarding the progress of the petition, including whether leave to appeal is granted or denied.

Respectfully submitted this 27th day of July, 2017.

1

Kara Ong
Georgia Bar No. 553809
AT&T SERVICES, INC.
675 W. Peachtree St. NW, Suite 4300
Atlanta, GA 30308
ko4639@att.com


John P. Jett
Georgia Bar No. 827033
Ava J. Conger
Georgia Bar No. 676247
KILPATRICK TOWNSEND &
    STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel.: 404-815-6500
Fax: 404-815-6555
jjett@kilpatricktownsend.com
aconger@kilpatricktownsend.com

/s/  Hans J. Germann
Hans J. Germann (*pro hac vice*)
Kyle J. Steinmetz (*pro hac vice*)
John E. Muench (*pro hac vice*)
MAYER BROWN, LLP
71 S. Wacker Drive
Chicago, IL 60606
hgermann@mayerbrown.com
ksteinmetz@mayerbrown.com
jmuench@mayerbrown.com

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

July 27, 2017                                                                        /s/   Hans J. Germann

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of July, 2017, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

    /s/   Hans J. Germann