IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 17-90020-J

---

DIRECTV, LLC,
individually and as successor through merger to
DIRECTV, Inc.,

Petitioner,

versus

SEBASTIAN CORDOBA,
individually and on behalf of all others similarly situated,

Respondent.

---

Petition for Permission to Appeal from the United States
District Court for the Northern District of Georgia

---

Before: WILLIAM PRYOR, MARTIN, and JORDAN, Circuit Judges.

BY THE COURT:

The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is GRANTED in

part on the question of standing and DENIED in part on the question of ascertainability.

The Motion to file an amicus brief pursuant to FRAP 29(a) filed by Merritt E. McAlister

for the Chamber of Commerce of the United States of America is GRANTED.

The Motion for Leave to file a Reply in support of Rule 23(f) Petition for Permission to

Appeal is GRANTED.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 21, 2018

John P. Jett
Kilpatrick Townsend & Stockton, LLP
1100 PEACHTREE ST STE 2800
ATLANTA, GA 30309

Appeal Number:  17-90020-J
Case Style:  DIRECTV, LLC v. Sebastian Cordoba
District Court Docket No:  1:15-cv-03755-MHC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

GENERAL DOCKET NUMBER: 18-12077-J

Enclosed is the court's order granting permission to appeal. Pursuant to this order this cause has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Fed.R.App.P 5(d), appellant must within fourteen (14) days after the date of entry of

this order pay to the district court clerk the docketing and filing required by statute (28 U.S.C. § § 1913, 1917). This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the fee is paid within fourteen (14) days, with notice to this office.

Pursuant to Fed.R.App.P. 10(b), appellant must also within fourteen (14) days order any transcript required. A Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1. This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the appellant files a Transcript Information Form within fourteen (14) days.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J/caw
Phone #: (404) 335-6183

Enclosure(s)

DKT-10 Petition Permission Granted