IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SEBASTIAN CORDOBA et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, individually and as successor through merger to DIRECTV, Inc.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br><br>1:15-CV-03755-MHC |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant DIRECTV, LLC ("DIRECTV"), by and through its attorneys, respectfully moves this court for summary judgment on all of Plaintiff Sebastian Cordoba's claims. As explained further in the attached memorandum, each of Plaintiff's claims assumes that DIRECTV is vicariously liable for the actions of Telecel Marketing Solutions Inc. ("Telecel"). DIRECTV seeks summary judgment because the undisputed facts show that Telecel was not DIRECTV's agent, nor was Telecel acting within the

1

scope of any agency for DIRECTV, and DIRECTV therefore cannot be vicariously liable for any of Telecel's acts.

Pursuant to Local Rule 56.1.B., DIRECTV's Statement of Undisputed Facts accompanies this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 24, 2020 | /s/  Hans J. Germann |
|  | Hans J. Germann<br>Kyle J. Steinmetz<br>MAYER BROWN, LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>hgermann@mayerbrown.com<br>ksteinmetz@mayerbrown.com |
|  | John P. Jett<br>Georgia Bar No. 827033<br>Ava J. Conger<br>Georgia Bar No. 676247<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>jjett@kilpatricktownsend.com<br>aconger@kilpatricktownsend.com |

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman font.

This 24th day of August, 2020          /s/   Hans J. Germann

**Certificate of Service**

This is to certify that I have this day electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** via the CM/ECF system, which will automatically send email notification to the attorneys of record.

This 24th day of August, 2020          /s/   Hans J. Germann