-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEBASTIAN CORDOBA, individually and on behalf of all others similarly situated, and RENE ROMERO, individually and on behalf of all others similarly situated, <br>　　　　　Plaintiffs, <br><br>v. <br><br>DIRECTV, LLC, individually and as successor through merger to DIRECTV, Inc., <br><br>　　　　　Defendant. | CIVIL ACTION FILE NO.: <br><br>1:15-CV-03755-MHC |

## PLAINTIFF SEBASTIAN CORDOBA'S NOTICE OF APPEAL

Notice is hereby given that pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a)(1)(A), Plaintiff Sebastian Cordoba hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Clerk's Final Judgment (Dkt. No. 252), and all adverse rulings subsumed therein, including but not limited to the following:

　　　　1.　　The Court's February 12, 2021 Order (Dkt. No. 235) granting Defendant DIRECTV, LLC's Motion for Summary Judgment as to the certified NDNC class claims and Plaintiff Sebastian Cordoba's individual IDNC claims in Counts I and II of the Third Amended Class Action Complaint (Dkt. No. 204); and

-1-

2.  The Court's July 23, 2020 Order (Dkt. No. 201) denying without prejudice Plaintiffs' Renewed Motion for Class Certification Addressing Class Member Standing (Dkt. No. 183).

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A).  The Court's February 12, 2021 Order stayed the action "pending completion of the arbitration" of Count III of the Third Amended Complaint.  Dkt. No. 235, at 24-25.  Thus, the February 12, 2021 Order was not final or appealable until this Court lifted the stay and ruled following arbitration.  *See Gray v. Uber, Inc.*, No. 19-11576-F, 2019 WL 3408912, at *1 (11th Cir. June 18, 2019) (citing cases); *Wolfe v. Carnival Corp.*, No. 19-10422-AA, 2019 WL 2183347, at *1 (11th Cir. May 15, 2019).  On January 3, 2022, the Court entered an amended judgment after granting Plaintiff Rene Romero's motion to confirm arbitration award.  Dkt. No. 252.  This notice of appeal is brought "within 30 days after entry of the judgment or order appealed from."  Fed. R. App. Proc. 4(a)(1)(A).

Respectfully submitted,

Dated:  February 2, 2022      **WADE, GRUNBERG & WILSON, LLC**

*/s/ G. Taylor Wilson*

G. Taylor Wilson
State Bar No. 460781
twilson@wgwlawfirm.com
600 Peachtree St., NE, St. 3900
Atlanta, GA 30308
Telephone:   (404) 600-1153
Facsimile: (404) 969-1153

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**

Jonathan D. Selbin (pro hac vice)
jselbin@lchb.com
Douglas I. Cuthbertson (pro hac vice)
dcuthbertson@lchb.com
Sean A. Petterson (pro hac vice)
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Daniel M. Hutchinson (pro hac vice)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

**MEYER WILSON CO., LPA**

Matthew R. Wilson (pro hac vice)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (pro hac vice)
Email:  mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100

Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs, the NDNC Class, and the Proposed IDNC Class*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman Font.

February 2, 2022.

>  /s/     *Daniel M. Hutchinson*
> Daniel M. Hutchinson

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

February 2, 2022.

>  /s/     *Daniel M. Hutchinson*
> Daniel M. Hutchinson

2363175.1